| | |
|---|---|
| Rachel W. Dempsey (SBN 310424)<br>Rachel@towardsjustice.org<br>David H. Seligman (*pro hac vice forthcoming*)<br>david@towardsjustice.org<br>**TOWARDS JUSTICE**<br>2840 Fairfax Street, Suite 220<br>Denver, CO 80207<br>Tel: (720) 441-2236<br><br>Rafey Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>Yaman Salahi (SBN 288752)<br>ysalahi@edelson.com<br>P. Solange Hilfinger-Pardo (SBN 320055)<br>shilfingerpardo@edelson.com<br>**EDELSON PC**<br>150 California St., 18th Floor<br>San Francisco, CA 94111<br>Tel: (415) 212-9300<br><br>*Attorneys for Plaintiffs and the Putative Class*<br><br>Rohit K. Singla (SBN 213057)<br>Rohit.Singla@mto.com<br>Justin P. Raphael (SBN 292380)<br>Justin.Raphael@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br><br>*Attorneys for Defendant*<br>LYFT, INC. | Karen L. Dunn (*pro hac vice pending*)<br>kdunn@paulweiss.com<br>William A. Isaacson (*pro hac vice pending*)<br>wisaacson@paulweiss.com<br>Kyle N. Smith (*pro hac vice pending*)<br>ksmith@paulweiss.com<br>Erica Spevack (*pro hac vice pending*)<br>espevack@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 223-7300<br><br>Joshua Hill Jr. (SBN 250842)<br>jhill@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br><br>*Attorneys for Defendant*<br>UBER TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJE GILL, ESTERPHANIE ST. JUSTE, and BENJAMIN VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, and LYFT, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:22-cv-04379-JSW<br><br>**STIPULATION TO ADJOURN TIME FOR DEFENDANTS TO ANSWER / OTHERWISE RESPOND AND [~~PROPOSED~~] ORDER REGARDING MOTION TO REMAND BRIEFING SCHEDULE**<br><br>Judge:      Hon. Jeffrey S. White<br>Courtroom:  5 – 2nd Floor |

**IT IS HEREBY STIPULATED** by and between Plaintiff Taje Gill, Plaintiff Esterphanie St. Juste, and Plaintiff Benjamin Valdez (collectively, "Plaintiffs"), Defendant Uber Technologies, Inc. ("Uber"), and Defendant Lyft, Inc. ("Lyft") (Plaintiffs and Defendants are collectively referred to herein as the "Parties"), by and through their respective counsel, that:

WHEREAS, Uber removed this action to this Court from the Superior Court of the State of California, San Francisco County on July 28, 2022;

WHEREAS, Civil Local Rule 6-1(a) provides that "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, Plaintiffs anticipate filing a motion to remand pursuant 28 U.S.C. § 1447 on or by August 29, 2022;

WHEREAS, the Parties stipulate to adjourn Uber's and Lyft's time to answer or otherwise respond to the Complaint (whether in federal court or state court) until 45 days after the Court rules on the motion to remand;

WHEREAS, Civil Local Rule 6-1(b) provides that "A Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint)" and "A request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant to Civil L.R. 6-3";

WHEREAS, there have been no previous requests for time modification in this case and there are only two scheduled dates currently in place for the case: (1) the Joint Case Management Statement is due by October 28, 2022, and (2) the Initial Case Management Conference is set for November 4, 2022, and this requested modification will not affect the existing schedule for the case;

WHEREAS, the Parties have agreed there is good cause to extend the briefing schedule with respect to Plaintiffs' forthcoming motion to remand, such that any opposition will be due on September 28, 2022, and any reply will be due on October 12, 2022, given the schedule of counsel

1

STIPULATION TO ADJOURN TIME FOR DEFENDANTS TO ANSWER / OTHERWISE RESPOND AND [~~PROPOSED~~] ORDER REGARDING MOTION TO REMAND BRIEFING SCHEDULE
Case No. 4:22-cv-04379-JSW

and the issues to be addressed in the briefing;

WHEREAS, the Parties will confer and jointly propose a possible hearing date for Plaintiffs' forthcoming motion to remand; and

ACCORDINGLY, pursuant to Civil Local Rules 6-1(a) and 7-12, the Parties, by and through their respective counsel, hereby stipulate and agree to adjourn Uber's and Lyft's time to answer or otherwise respond to the Complaint (whether in federal court or state court) until 45 days after the Court rules on Plaintiffs' forthcoming motion to remand; and

Pursuant to Civil Local Rules 6-2, 7-3, and 7-12, the Parties, by and through their respective counsel, hereby stipulate and agree that any opposition to Plaintiffs' forthcoming motion to remand shall be filed by September 28, 2022, and any reply shall be filed by October 12, 2022.[1]

Dated:  August 4, 2022                              **TOWARDS JUSTICE**

By: */s/ Rachel W. Dempsey*
Rachel W. Dempsey (SBN 310424)
Rachel@towardsjustice.org
David H. Seligman (*pro hac vice forthcoming*)
david@towardsjustice.org
2840 Fairfax Street, Suite 220
Denver, CO 80207
Tel: (720) 441-2236

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
P. Solange Hilfinger-Pardo (SBN 320055)
shilfingerpardo@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 212-9300

*Attorneys for Plaintiffs and the Putative Class*

---

[1] Defendants do not, by agreeing to this stipulation, waive their objections to personal jurisdiction, insufficient process, insufficient service of process, or proceeding outside arbitration. Plaintiffs agree that they will not assert in federal or state court that there has been any waiver of any defense based on an assertion of lack of personal jurisdiction, insufficient process, insufficient service of process, or proceeding outside arbitration, because of the Parties' agreement to the terms and scheduling proposal set out in this Stipulation.

Dated: August 4, 2022      **MUNGER, TOLLES & OLSON LLP**

By: */s/ Justin P. Raphael*
    Rohit K. Singla (SBN 213057)
    Rohit.Singla@mto.com
    Justin P. Raphael (SBN 292380)
    Justin.Raphael@mto.com
    560 Mission Street
    San Francisco, CA 94105
    Telephone: (415) 512-4000

*Attorneys for Defendant*
LYFT, INC.

Dated: August 4, 2022      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Joshua Hill*
    Karen L. Dunn (*pro hac vice pending*)
    kdunn@paulweiss.com
    William A. Isaacson (*pro hac vice pending*)
    wisaacson@paulweiss.com
    Kyle N. Smith (*pro hac vice pending*)
    ksmith@paulweiss.com
    Erica Spevack (*pro hac vice pending*)
    espevack@paulweiss.com
    2001 K Street, NW
    Washington, DC 20006
    Telephone: (202) 223-7300
    Facsimile:  (202) 223-7420

    Joshua Hill Jr. (SBN 250842)
    jhill@paulweiss.com
    535 Mission Street, 24th Floor
    San Francisco, CA 94105
    Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101

*Attorneys for Defendant*
UBER TECHNOLOGIES, INC.

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED: Uber's and Lyft's time to answer or otherwise respond to the Complaint is ADJOURNED until 45 days after the Court rules on Plaintiffs' forthcoming motion to remand.  Further, IT IS HEREBY ORDERED that (1) Plaintiffs' motion for remand shall be filed by August 29, 2022; (2) Uber's opposition to the remand motion shall be filed by September 28, 2022; and (3) Plaintiffs' reply shall be filed by October 12, 2022.

**IT IS SO ORDERED.**

DATED: August 5, 2022          By: /s/ Jeffrey S. White
                                    HON. JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

Submitted by:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ Joshua Hill
      *Attorney for Uber Technologies, Inc.*