| | |
|---|---|
| Rachel W. Dempsey (SBN 310424)<br>Rachel@towardsjustice.org<br>David H. Seligman (*pro hac vice forthcoming*)<br>david@towardsjustice.org<br>**TOWARDS JUSTICE**<br>2840 Fairfax Street, Suite 220<br>Denver, CO 80207<br>Tel: (720) 441-2236<br><br>Rafey Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>Yaman Salahi (SBN 288752)<br>ysalahi@edelson.com<br>P. Solange Hilfinger-Pardo (SBN 320055)<br>shilfingerpardo@edelson.com<br>**EDELSON PC**<br>150 California St., 18th Floor<br>San Francisco, CA 94111<br>Tel: (415) 212-9300<br><br>*Attorneys for Plaintiffs and the Putative Class*<br><br>Rohit K. Singla (SBN 213057)<br>Rohit.Singla@mto.com<br>Justin P. Raphael (SBN 292380)<br>Justin.Raphael@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br><br>*Attorneys for Defendant*<br>LYFT, INC. | Karen L. Dunn (*pro hac vice*)<br>kdunn@paulweiss.com<br>William A. Isaacson (*pro hac vice*)<br>wisaacson@paulweiss.com<br>Kyle N. Smith (*pro hac vice*)<br>ksmith@paulweiss.com<br>Erica Spevack (*pro hac vice*)<br>espevack@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 223-7300<br><br>Joshua Hill Jr. (SBN 250842)<br>jhill@paulweiss.com<br>R. Rosie Vail (SBN 317977)<br>rvail@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br><br>*Attorneys for Defendant*<br>UBER TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJE GILL, ESTERPHANIE ST. JUSTE, and BENJAMIN VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, and LYFT, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:22-cv-04379-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE**<br><br>Judge:       Hon. Jeffrey S. White<br>Courtroom: 5 – 2nd Floor |

**IT IS HEREBY STIPULATED** by and among Plaintiff Taje Gill, Plaintiff Esterphanie St. Juste, and Plaintiff Benjamin Valdez (collectively, "Plaintiffs"), Defendant Uber Technologies, Inc. ("Uber"), and Defendant Lyft, Inc. ("Lyft") (Plaintiffs and Defendants are collectively referred to herein as the "Parties"), by and through their respective counsel, that:

WHEREAS, Uber removed this action to this Court from the Superior Court of the State of California, San Francisco County, on July 28, 2022;

WHEREAS, pursuant to the Parties' stipulation, the Court entered a briefing schedule for Plaintiffs' Motion to Remand, ordered the Parties to "confer and jointly propose a possible hearing date for Plaintiffs' forthcoming motion to remand" to the Court, and ordered an adjournment of Defendants' time to answer or otherwise respond to the Complaint until 45 days after the Court rules on the Motion to Remand, Dkt. 20 ("August 5 Order");

WHEREAS, Plaintiffs filed the aforementioned Motion to Remand (the "Motion") pursuant to 28 U.S.C. § 1447, on August 29, 2022, and noticed a hearing on November 4, 2022, a date intended to be used as a placeholder until such time as the Parties could meet and confer on a joint proposed hearing date, as directed by the August 5 Order;

WHEREAS, counsel for Uber is unavailable for a hearing on November 4, 2022, due to a trial conflict from October 31, 2022 through December 2, 2022;

WHEREAS, the Parties have now met and conferred and propose January 20, 2023, for hearing on the Motion, a date on which the Parties are informed the Court is available for hearing;[1]

WHEREAS, the Court set an Initial Case Management Conference for November 4, 2022, and a deadline for the Parties to file the Joint Case Management Statement for October 28, 2022;

WHEREAS, Civil Local Rule 6-1(b) provides that "[a] Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order," and a "request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2";

WHEREAS, other than the Parties' stipulated request for an extension of the briefing

---

[1] Plaintiffs have indicated additional availability on December 2, 2022, January 6, 2023, and January 13, 2023. Counsel for Uber is not available on those dates.

schedule for the Motion, Dkt. 15, which the Court granted in the August 5 Order, there have been no other requests for time modification in this case; and there are only two scheduled court dates currently on calendar other than dates associated with the Motion briefing schedule and hearing: (1) the Joint Case Management Statement is due by October 28, 2022, and (2) the Initial Case Management Conference is set for November 4, 2022;

WHEREAS, the Parties agree that given Uber counsel's schedule and the Parties' agreement to meet and confer and jointly propose a hearing date for the Motion, good cause exists for the parties to propose January 20, 2023 for the hearing on the Motion; and

WHEREAS, the Parties agree there is good cause to adjourn the Initial Case Management Conference and the deadline to file the Joint Case Management Statement until after the Motion has been resolved and the Court has made a determination regarding its jurisdiction over this matter in order to avoid the unnecessary use of the Court's and the Parties' time and resources.

ACCORDINGLY, pursuant to the Court's August 5 Order, the Parties, by and through their respective counsel, hereby jointly propose that the hearing on the Motion will be set for January 20, 2023; and

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and the Court's Civil Standing Orders 3 and 5, the Parties, by and through their respective counsel, hereby stipulate and agree to request that the Court adjourn the Initial Case Management Conference and deadline to file the Joint Case Management Statement until after the Motion is resolved and set a date for the Initial Case Management Conference on a date and time convenient for the Court following its decision on the Motion.[2]

---

[2] This stipulation has no effect on, and does not waive, Defendants' right to object on the basis of lack of personal jurisdiction, insufficient process, insufficient service of process, or proceeding outside arbitration.  Plaintiffs agree that they will not assert in federal or state court that there has been any waiver of any defense based on an assertion of lack of personal jurisdiction, insufficient process, insufficient service of process, or proceeding outside arbitration, because of the Parties' agreement to the terms and scheduling proposal set out in this Stipulation.

| | | |
|---|---|---|
| 1 | Dated: September 23, 2022 | **TOWARDS JUSTICE** |
| 2 | | |
| 3 | | By: */s/ Rachel W. Dempsey* |
| 4 | | Rachel W. Dempsey (SBN 310424)<br>Rachel@towardsjustice.org |
| 5 | | David H. Seligman (*pro hac vice forthcoming*)<br>david@towardsjustice.org |
| 6 | | 2840 Fairfax Street, Suite 220<br>Denver, CO 80207<br>Tel: (720) 441-2236 |
| 7 | | |
| 8 | | Rafey Balabanian (SBN 315962)<br>rbalabanian@edelson.com |
| 9 | | Yaman Salahi (SBN 288752)<br>ysalahi@edelson.com |
| 10 | | P. Solange Hilfinger-Pardo (SBN 320055)<br>shilfingerpardo@edelson.com |
| 11 | | **EDELSON PC**<br>150 California Street, 18th Floor |
| 12 | | San Francisco, CA 94111<br>Tel: (415) 212-9300 |
| 13 | | *Attorneys for Plaintiffs and the Putative Class* |
| 14 | | |
| 15 | Dated: September 23, 2022 | **MUNGER, TOLLES & OLSON LLP** |
| 16 | | |
| 17 | | By: */s/ Justin P. Raphael* |
| 18 | | Rohit K. Singla (SBN 213057)<br>Rohit.Singla@mto.com |
| 19 | | Justin P. Raphael (SBN 292380)<br>Justin.Raphael@mto.com |
| 20 | | 560 Mission Street<br>San Francisco, CA 94105 |
| 21 | | Telephone: (415) 512-4000 |
| 22 | | *Attorneys for Defendant*<br>LYFT, INC. |

3
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE
Case No. 4:22-cv-04379-JSW

| | | |
|---|---|---|
| 1 | Dated: September 23, 2022 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |

By: */s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
kdunn@paulweiss.com
William A. Isaacson (*pro hac vice*)
wisaacson@paulweiss.com
Kyle N. Smith (*pro hac vice*)
ksmith@paulweiss.com
Erica Spevack (*pro hac vice*)
espevack@paulweiss.com
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

Joshua Hill Jr. (SBN 250842)
jhill@paulweiss.com
R. Rosie Vail (SBN 317977)
rvail@paulweiss.com
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorneys for Defendant*
UBER TECHNOLOGIES, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED: (1) the hearing on Plaintiffs' Motion to Remand will be set for January 20, 2023; and (2) the Initial Case Management Conference and the deadline for the Parties to file a Joint Case Management Statement shall be adjourned and reset following the Court's decision on Plaintiffs' Motion to Remand.

**IT IS SO ORDERED.**

DATED: September 26, 2022         By: /s/ Jeffrey S. White
                                       HON. JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

Submitted by:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   */s/ Karen L. Dunn*
      *Attorney for Uber Technologies, Inc.*