UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Mark B. Busby
Clerk of Court

General Court Number
415-522-2000

**ENDORSED FILED**
Superior Court of California
County of San Francisco
DEC 19 2022
CLERK OF THE COURT
BY: CAROLYN BALISTRERI
Deputy Clerk

December 16, 2022

Superior Court of the State of California, County of San Francisco
400 McAllister Street
San Francisco, CA 94102-4514

RE:  Taje Gill, et al. v.  Uber Technologies, Inc., et al.
     4:22-cv-04379-JSW

Your Case Number:  CGC-22-600284

**FILED**
DEC 23 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket sheet and the remand order.

Please send an acknowledgement of receipt of these documents to 9Docketing@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

by:  William Noble
Case Systems Administrator